LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

RAMONA M. BRANDAO,

    Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

    Defendant.

No. EDCV 21-01051 MAR

[~~PROPOSED~~] ORDER AWARDING EAJA FEES

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND SIX HUNDRED FIFTY-FOUR DOLLARS 45/100 ($4,654.45), and costs in the amount of ZERO ($0.00), subject to the terms of the stipulation.

DATE: August 23, 2022

HON. MARGO A. ROCCONI,
UNITED STATES MAGISTRATE JUDGE